**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br>v.<br><br>AutoZone, Inc., a Nevada corporation,<br><br>    Defendant. | No. CV-06-926-PHX-SMM<br><br>**ORDER** |

Having considered the parties' first motion and stipulation for an extension of the discovery deadline (Doc. 27) from July 27, 2007 to September 14, 2007, and an extension of the scheduled deadlines for the filing of dispositive motions and the final pretrial conference from the current deadlines of September 14, 2007 and October 3, 2007, to November 2, 2007 and November 20, 2007 respectively, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Motion for and Extension of the Discovery Deadline and Dispositive Motion Deadline (Doc. 27).

**IT IS FURTHER ORDERED** that the **discovery deadline** is extended **from July 27, 2007 to September 14, 2007**; the **dispositive motion deadline** is extended **from September 14, 2007 to November 2, 2007** and the **final pretrial conference** is re-scheduled for **November 20, 2007.** The final pretrial conference previously scheduled for **October 3, 2007** is hereby **VACATED**.

DATED this 30th day of April, 2007.

Stephen M. McNamee
United States District Judge