**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br>v.<br><br>AutoZone, Inc., a Nevada corporation,<br><br>    Defendant. | No. CV-06-926-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' second Motion and Stipulation for an Extension of the Discovery and Dispositive Motion Deadline. (Doc. 45) The parties seek to extend the discovery deadline from September 14, 2007, to November 16, 2007, and the dispositive motions deadline from November 2, 2007, to January 11, 2008. However, in their first motion for extension of time, the parties specifically requested the current dates despite the fact that they had trial scheduled during the month of September.

Accordingly,

**IT IS HEREBY ORDERED DENYING** parties' Motion and Stipulation for an Extension of the Discovery and Dispositive Motion Deadline. (Doc. 45)

DATED this 9th day of August, 2007.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge