**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. CIV 06-926-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| AutoZone, Inc., a Nevada corporation, | |
| Defendant | |

Having considered the parties' Joint Motion to Extend the Pretrial Order deadlines for a period of 60 days from the Court's ruling on the newly pending Motion for Summary Judgment and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' Motion to Extend Pre-Trial Order Deadlines is **GRANTED**.

**IT IS FURTHER ORDERED** vacating the Final Pre-Trial Conference currently scheduled for November 20, 2007.

**IT IS FURTHER ORDERED** that the Pre-Trial Order deadline is extended from November 5, 2007, until the parties receive notice from the Court that the Pre-Trial Order is due and the Final Pre-Trial Conference has been rescheduled.

DATED this 5th day of November, 2007.

Stephen M. McNamee
United States District Judge