**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>           Plaintiff,<br><br>v.<br><br>AutoZone, Inc., a Nevada corporation,<br><br>           Defendant. | No. CV-06-926-PHX-SMM<br><br>**ORDER** |

The Court has received and reviewed the Plaintiff's Unopposed Motion to Extend the Time to Respond to Defendant's Motion for Summary Judgment (Doc. 86). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Unopposed Motion to Extend the Time to Respond to Defendant's Motion for Summary Judgment extending the response deadline from December 4, 2007 to December 13, 2007.

DATED this 21st day of November, 2007.

Stephen M. McNamee
United States District Judge