**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br>v.<br><br>AutoZone, Inc., a Nevada corporation,<br><br>    Defendant | No. CIV 06-926-PHX-SMM<br><br>**ORDER** |

Having considered Defendant's first Unopposed Motion to Extend Time to Respond to Plaintiff's (1) Motion To Strike Exhibits Attached to Defendants Reply, (2) Motion To Strike Defendants Objections to Certain of Plaintiffs Statement of Facts, or, In the Alternative (3) Motion For Leave To File Surreply; and (4) Motion To Exclude Defendants 2002 Employee Handbook From Evidence And To Strike An Exhibit Containing An Excerpt From That Handbook, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's Unopposed Motion to Extend Time to Respond to Plaintiff's Motion (Doc. 97).

**IT IS FURTHER ORDERED** that Defendant's Response is due no later than **Friday, March 7, 2008.**

DATED this 12th day of February, 2008.

Stephen M. McNamee
United States District Judge