**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br>v.<br><br>AutoZone, Inc., a Nevada corporation,<br><br>    Defendant | No. CIV 06-926-PHX-SMM<br><br>**ORDER** |

Upon the motion (Doc. 105) of Defendant AutoZone, Inc., for leave to exceed by nine pages the limit set forth in LRCiv 7.2(e) for Defendant's Reply memorandum in support of its Motion for Summary Judgment, and good cause therefor,

**IT IS HEREBY ORDERED GRANTING** Defendant's motion (Doc. 105). Defendant may exceed by nine pages the limit set forth in LRCiv 7.2(e) for its Reply memorandum in support of its Motion for Summary Judgment.[1]

DATED this 10th day of July, 2008.

Stephen M. McNamee
United States District Judge

---

[1] The purpose of said extension is to permit Defendant to respond in its Reply memorandum to Plaintiff's substantive legal arguments and to detail its objections to the Plaintiff's assertions of fact. Plaintiff filed a 32 page statement of facts, which includes no less than 185 distinct assertions of claimed fact. Defendant claims that many of these assertions of fact are objectionable on various grounds, and under Ninth Circuit law, Defendant must set forth its objections or be deemed to have waived them.