1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   E Q U A L   E M P L O Y M E N T )   No. CV 06-00926-PHX-SMM
    OPPORTUNITY COMMISSION,        )
10                                 )   **ORDER**
                                   )
11             Plaintiff,          )
                                   )
12   v.                            )
                                   )
13   AUTOZONE, INC., a Nevada corporation,)
                                   )
14             Defendant.          )
    _____)

15

16          Before the Court is Defendant's Motion to Extend Deadline for Defendant to

17   Submit Objections to Plaintiff's Deposition Designations (Doc. 118), and Plaintiff's

18   Response (Doc. 119).  After consideration of the Motion and Response thereto, the Court

19   will allow an extension of time to both sides to respond to the opposing party's deposition

20   designations, rather than only to Defendant.

21          **IT IS HEREBY ORDERED** granting in part Defendant's Motion to Extend

22   Deadline for Defendant to Submit Objections to Plaintiff's Deposition Designations (Doc.

23   118).

24          **IT IS FURTHER ORDERED** that the deadline for filing the proposed pretrial

25   order is extended to **Wednesday, December 17, 2008.**  Pursuant to the Court's Proposed

26   Pretrial Form of Order, the proposed pretrial order shall include the objections to

27   deposition testimony as well as the bases for the objections.

28

1

**IT IS FURTHER ORDERED** that the deadline for filing the joint proposed set of

2   stipulated jury instructions, joint description of the case, joint proposed voir dire

3   questions, and the proposed forms of verdict remains **Friday, December 12, 2008.**

4

**IT IS FURTHER ORDERED** that the deadline for filing and serving motions in

5   limine remains **Friday, December 12, 2008.**  Responses to the motions in limine are due

6   **Friday, December 19, 2008.**

7

DATED this 8th day of December, 2008.

8

9

Stephen M. McNamee
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28