**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation,<br><br>  Defendant. | No. CV 06-00926-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Unopposed Motion to Excuse David Lopez from Attendance at the Pretrial Conference (Doc. 140). Plaintiff had requested that one of the EEOC's trial counsel, David Lopez, be excused from attendance at the pretrial conference set for this Thursday, January 8, at 1:30 p.m due to his preparation for another trial set to commence in Prescott on Tuesday, January 13, 2008. The Court has been advised that the other case in which David Lopez was participating has been settled, and thus, he is available to attend the pretrial conference.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Unopposed Motion to Excuse David Lopez from Attendance at the Pretrial Conference (Doc. 140) as moot.

DATED this 7th day of January, 2009.

Stephen M. McNamee
United States District Judge