**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation,<br><br>Defendant. | No. CV 06-926-PHX-SMM<br><br>**ORDER** |

The Court has received and reviewed the Motion jointly filed by Plaintiff, the Equal Employment Opportunity Commission, and Defendant, AutoZone, Inc., entitled "Joint Motion (1) For Ruling on Deposition Designation Objections without Video; or (2) For Leave To Submit Videos In Unedited Form." (Doc. 146)

After reviewing the deposition designation objections filed with the parties' Proposed Pretrial Order, the Court has determined that it can rule on the objections without the aid of the deposition videotapes. Once the Court has ruled on the objections, the parties will be notified so that edited versions of the videos can be obtained prior to trial.

Accordingly,

**IT IS ORDERED GRANTING** the Joint Motion (1) For Ruling on Deposition Designation Objections without Video; or (2) For Leave To Submit Videos In Unedited Form (Doc. 146).

1

2   DATED this 4th day of February, 2009.

3

4

5   _____
    Stephen M. McNamee
6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28