**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation,<br><br>             Defendant. | No. CV 06-926-PHX-SMM<br><br>**ORDER** |

Before the Court is the Motion for Withdrawal of Co-Counsel Katherine K. Kruse (Doc. 148). The present case is set for a jury trial starting on June 2, 2009. In accordance with Local Rule 83.3(b)(3), "no attorney is permitted to withdraw as attorney of record after an action has been set for trial . . . unless the Court is otherwise satisfied for good cause shown that the attorney should be permitted to withdraw." As the Motion for Withdrawal contains no reason for the withdrawal of lead counsel only a few months before trial, the Court finds that good cause has not been demonstrated.

Accordingly,

**IT IS HEREBY ORDERED DENYING** the Motion for Withdrawal of Co-Counsel Katherine K. Kruse (Doc. 148) without prejudice with leave to refile.

DATED this 4th day of March, 2009.

Stephen M. McNamee
United States District Judge