**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation,<br><br>Defendant. | No. CV 06-926-PHX-SMM<br><br>**ORDER** |

Before the Court is the Motion to Withdraw Counsel for Plaintiff EEOC (Doc. 150). According to the motion, the withdrawal of Katherine K. Kruse as counsel is necessary because Ms. Kruse is no longer a trial attorney with the Phoenix District Office legal unit. Additionally, the motion states that Mary Jo O'Neill, Sally C. Shanley and P. David Lopez remain as counsel of record for the EEOC, Phoenix District Office and that the EEOC will be prepared for the June 2, 2009 trial.

Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Motion to Withdraw Counsel for Plaintiff EEOC (Doc. 150).

**IT IS FURTHER ORDERED** that attorney Katherine K. Kruse is withdrawn as counsel in the present case.

DATED this 9th day of March, 2009.

Stephen M. McNamee
United States District Judge