**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | No. CV 06-926-PHX-SMM |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| AUTOZONE, INC., a Nevada corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

At the Final Pre-Trial Conference held on May 26, 2009, the Court agreed to address and rule on the parties' objections to the designated testimony of <u>Howard Brown</u> prior to trial. Mr. Brown will appear via videotape deposition and the advance ruling will allow the parties to edit the videotape of the deposition.

| **Defendant's Objections** | | |
|---|---|---|
| page 10 | lines 1-10, 16-19 | sustained |
| page 30 | lines 7-22 | sustained |
| page 31 | lines 2-25 | sustained |
| page 32 | lines 1-25 | sustained |
| page 33 | lines 1-4 | sustained |

| page 33 | lines 7-25 | sustained |
|---|---|---|
| page 34 | lines 1-3, 19-25 | sustained |
| page 35 | lines 1-23 | sustained |
| page 48 | lines 12-16<br><br>The Court includes line 12 for completeness purposes. | sustained |
| page 60 | lines 1-3 | sustained |
| page 62 | lines 1-3 | overruled |
| page 62 | lines 22-25 | sustained |
| page 63 | line 1 | sustained |
| page 63 | lines 14-17 | sustained |
| page 76 | lines 7-25 | sustained |
| page 77 | lines 1-18 | sustained |
|  |  |  |
| **Plaintiff's Objections** |  |  |
| page 16 | lines 18-25 | sustained |
| page 17 | lines 1-5 | sustained |
| page 21 | lines 6-25 | sustained unless testimony goes to corporate knowledge |
| page 22 | lines 1-14 | sustained unless testimony goes to corporate knowledge |

| page 28 | lines 8-25 | overruled |
|---------|------------|-----------|
| page 53 | lines 15-25 | overruled |
| page 54 | lines 1-25 | overruled |
| page 55 | lines 1-4 | sustained |
| page 55 | lines 17-24 | overruled |
| page 58 | lines 8-15 | overruled |
| page 68 | lines 21-25 | sustained |
| page 69 | lines 1-4 | sustained |
| page 69 | lines 11-25 | overruled |
| page 70 | line 1 | overruled |
| page 73 | lines 3-6 | sustained |
| page 74 | lines 2-15 | sustained |
| page 74 | lines 24-25 | sustained |
| page 75 | lines 1-15 | sustained |

DATED this 28th day of May, 2009.

_____
Stephen M. McNamee
United States District Judge