IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>      Plaintiff,<br><br>vs.<br><br>Autozone, Inc.,<br><br>      Defendant. | CIV 06-00926-PHX-SMM<br><br>**AMENDED JUDGMENT** |

_X_  **Jury Verdict.**  This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS THEREFORE ORDERED** that defendant's motion for judgment as a matter of law as to the hostile work environment claim is denied; retaliation claim is denied; tangible employment action claim is granted; punitive damages claim is denied. Plaintiff's

motion for judgment as a matter of law as to affirmative defense hostile work environment is denied; affirmative defenses punitive damages is denied.

**IT IS FURTHER ORDERED** that the jury empaneled and sworn unanimously find for plaintiff against defendant on the hostile work environment claim and award damages in the amount of $15,000; find for defendant against plaintiff on retaliation claim; plaintiff is awarded punitive damages in the amount of $50,000.

**IT IS FURTHER ORDERED** that a training program shall be established for Defendant's employees in the Phoenix Region, including supervisors and managers as well as Human Resource officials.  The training session should include (1) an overview of Title VII and its purposes, (2) what constitutes sexual harassment under Title VII; (3) types of prohibited activities; (4) Defendant's policies on sexual harassment, including to whom to report complaints of sexual harassment; (5) promise of confidentiality for persons complaining of sexual harassment; and (6) a description of the consequences for harassment, including termination. Employees shall be trained on a yearly basis as a means of educating those in management positions about sexual harassment under Title VII, and particularly, how to deal with harassment complaints.

**IT IS FURTHER ORDERED** that Defendant shall post a poster at all stores in the Phoenix Region.  The poster shall be displayed in a prominent location in the store frequented by Defendant's employees.  Additionally, the poster shall explain Defendant's responsibilities and the employees' rights under Title VII, including the employees' right to complain about or oppose sexual harassment, and shall provide contact information for the Phoenix office of the Equal Employment Opportunity Commission and the Arizona Civil Rights Division.  The contact information on the poster shall be kept updated, including the addresses and phone numbers for the Equal Employment Opportunity Commission and Arizona Civil Rights Division.

1 **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over equitable
2 relief should this Order have to be modified in the future due to changed circumstances.
3 Date: November 9, 2009

RICHARD H. WEARE

Clerk/DCE

s/ Traci Abraham

(By) Deputy Clerk

cc: all counsel    Traci Abraham