**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation,<br><br>  Defendant. | No. CV 06-926-PHX-SMM<br><br>**ORDER** |

Before the Court is Defendant Autozone, Inc.'s Motion for Reconsideration (Doc. 261) filed on December 2, 2009. Under LRCiv 7.2(g)(2), "no response to a motion for reconsideration and no reply to the response may be filed unless ordered by the Court . . ."

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Equal Employment Opportunity Commission may file a response to Defendant's motion for reconsideration by December 18, 2009.

**IT IS FURTHER ORDERED** that Defendant has until December 31, 2009 to file a reply to Plaintiff's response, if it so desires.

DATED this 4th day of December, 2009.

_____
Stephen M. McNamee
United States District Judge